FILED

08 JAN -9 PM 3:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  _____ PPV _____
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0089 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) – |
| JUAN DELGADO-FIERRO, ) | Possession of Marijuana with Intent to Distribute |
| Defendant. ) | |

The grand jury charges:

On or about December 19, 2007, within the Southern District of California, defendant JUAN DELGADO-FIERRO did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 377.565 kilograms (832.39 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____ J. Moore _____

JEFFREY D. MOORE
Assistant U.S. Attorney

WMC:fer:San Diego
1/9/08