

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JUAN DELGADO-FIERRO,<br><br>                Defendant. | Criminal Case No. 08cr0089-BTM<br><br><br>ORDER |

      IT IS HEREBY ORDERED that the supporting documents to CJA Voucher #080611-141 be sealed.

Dated: July 7, 2008

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

08cr0089